# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD M. DEIDRICH

NO. 2024 KW 0994

**DECEMBER 4, 2024**

---

In Re:    Richard M. Deidrich, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 46882020, 577798.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The trial court is instructed to proceed toward disposition of relator's motion for production of documents filed July 8, 2024, on or before January 2, 2025. A copy of the trial court's action shall be filed in this court on or before January 9, 2025.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT